1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RONALD LEE CANADA,                          No.  2:17-cv-0313-EFB P

12                  Plaintiff,

13          v.                                    ORDER

14   J. LEWIS,

15                  Defendant.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  He has filed an application for leave to proceed in forma pauperis using this

19   court's form, but has left the space for his signature blank.  *See* ECF No. 16.  The court cannot

20   rule on plaintiff's application for leave to proceed in forma pauperis because he has not signed it.

21          Accordingly, IT IS HEREBY ORDERED that:

22          1.   Plaintiff's application for leave to proceed in forma pauperis (ECF No. 16) is denied

23                without prejudice.

24          2.   Within 30 days from the date of this order, plaintiff shall submit a signed and complete

25                affidavit in support of his request for leave to proceed in forma pauperis.  Failure to

26                comply with this order may result in dismissal.

27   /////

28   /////

                                               1

3. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

Dated:  April 25, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE