UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE CANADA, | No. 2:17-cv-313-EFB P |
| Plaintiff, | |
| v. | ORDER |
| J. LEWIS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 1, 2018, the court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A. The court dismissed the complaint, explained the deficiencies therein and granted plaintiff thirty days in which file an amended complaint to cure the deficiencies. ECF No. 29. The order warned plaintiff that failure to comply would result a recommendation that this action be dismissed. The time for acting passed and plaintiff did not file an amended complaint, or otherwise respond to the court's order. However, on April 9, 2018, plaintiff filed a notice of change of address. ECF No. 32. In an abundance of caution, the court will grant plaintiff an extension of time to file his amended complaint and direct the Clerk to re-serve the March 1 order.

/////

/////

Accordingly, it is hereby ORDERED that:

1. Plaintiff has 30 days from the date this order is served to file his amended complaint pursuant to the court's March 1, 2018 order;
2. The Clerk is directed to re-serve a copy of the March 1 order on plaintiff at his current address; and
3. Plaintiff is admonished that a failure to timely file an amended complaint may result in a recommendation that this action be dismissed for failure to prosecute.

So ordered.

Dated: April 18, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE